1  RICHARD E. MCGREEVY (SBN 71889)
   BRIAN LEACH (SBN 244744)
2  Leach & McGreevy, LLP
   2833 Laguna Street
3  San Francisco, CA 94123
   Telephone: 415-775-4455
4  Facsimile: 415-775-7435

5  Attorney for Plaintiff

6  ALEX G. TSE (CABN 152348)
   United States Attorney
7  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
8  MICHELLE LO (NYBN 4325163)
   Assistant United States Attorney
9       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
10      Telephone: (415) 436-7180
        Facsimile:  (415) 436-6748
11      Michelle.Lo@usdoj.gov

12 Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER J. SPEAR, | Case No. 17-cv-5257-JCS |
| | Related Case No. 16-cv-3132-JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

1 **STIPULATION OF DISMISSAL WITH PREJUDICE**

2 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Peter J. Spear, and

3 Defendant, United States of America, hereby stipulate to dismiss with prejudice the above-captioned

4 action, including all claims asserted therein. The parties further stipulate that each party will bear its

5 own costs and attorney's fees.

Dated:

Richard McGreevy
Brian Leach
LEACH &McGREEVY, LLP
Counsel for Plaintiff

Dated:

ALEX G. TSE
United States Attorney

Michelle Lo
Assistant United States Attorney
Counsel for United States of America

Dated: 10/17/18



STIPULATION OF DISMISSAL WITH PREJUDICE
C 17-5257 JCS

1